

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN F. SCHUPP, | | |
| | Plaintiff, | WMN 00 CV 2822 |
| v. | | Civil Action No. (Removed 9/19/00) |
| JUMP! INFORMATION TECHNOLOGIES, INC., | | |
| | Defendant. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for Logical Design Solutions, Inc., successor-in-interest to Defendant Jump! Information Technologies, Inc., to answer, move, or otherwise respond to the Complaint and Demand for Jury Trial in this removed action shall be extended to and including October 10, 2000.

Respectfully submitted,

BROWN & WOOD LLP

Dated: September 21, 2000

By: _____
Guy S. Neal, Esq. (23042)
1666 K Street, NW
Washington, DC 20006-1208
Tel: (202) 533-1300
Fax: (202) 533-1399

and

DCLIB1/691657/1

Andrew W. Stern, Esq.
One World Trade Center
New York, N.Y. 10048-0057
Tel: (212) 839-5300
Fax: (212) 839-5599

Attorneys for Logical Design Solutions, Inc.,
successor-in-interest to Jump! Information
Technologies, Inc.

By: _____
Jason M. Schupp, Esq. (23693)
3624 Hollow Fields Court
Ellicott City, MD 21043

Attorney for Jonathan F. Schupp

SO ORDERED:

_____ 9/26/00
United States District Judge