**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

March 5, 2001

Jason M. Schupp, Esq.
3624 Hollow Fields Court
Ellicott City, MD 21043

Andrew W. Stern, Esq.
One World Trade Center
New York, NY 10048-0057

Guy S. Neal, Esq.
1555 K Street, NW
Washington, DC 20006-1208

    Re:    Schupp v. JUMP! Information Technologies
             Civil Action No. WMN-00-2822

Dear Counsel:

Thank you for your recent status report.

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, April 4, 2001 at 9:15 a.m. At that time I shall expect counsel to brief me on what remains to be done in this case and to be prepared to schedule further proceedings.

                Very truly yours,

                William M. Nickerson
                United States District Judge

WMN:ce

