IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONATHAN F. SCHUPP           :
                             :
v.                           :    Civil Action WMN-00-2822
                             :
JUMP! INFORMATION            :
   TECHNOLOGIES, INC.        :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 15th day of August 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion for Partial Summary Judgment (Paper No. 8) is hereby DENIED;

2. That Defendant's Cross-Motion for Partial Summary Judgment (Paper No. 9) is hereby GRANTED;

3. That Plaintiff's Second Motion for Partial Summary Judgment (Wage Withholding) (Paper No. 13) is hereby DENIED;

4. That Defendant's Cross-Motion for Partial Summary Judgment (Wage Withholding) (Paper No. 14) is hereby GRANTED;

5. That JUDGMENT is hereby entered in favor of Defendant and against Plaintiff;

6. That this case is hereby CLOSED;

7. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

                               /s/ William M. Nickerson
                               William M. Nickerson
                               United States District Judge