# SIDLEY AUSTIN BROWN & WOOD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

1501 K STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE 202 736 8000
FACSIMILE 202 736 8711
www.sidley.com
FOUNDED 1866

CHICAGO
DALLAS
LOS ANGELES
NEW YORK
SAN FRANCISCO
SEATTLE

BEIJING
HONG KONG
SHANGHAI
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(202) 736-8041

WRITER'S E-MAIL ADDRESS
gneal@sidley.com

September 6, 2001

**Via Facsimile and U.S. Mail**

Honorable William M. Nickerson
U.S. District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: Schupp v. Jump! Information Technologies, Inc., WMN-00-2822

Dear Judge Nickerson:

This office represents the Defendant in the above-referenced matter. On or about August 21, 2001, Plaintiff filed his Motion to Alter or Amend Judgment and for Reconsideration of the Court's Order and Judgment entered August 15, 2001. We did not receive a service copy of the Motion until Wednesday, September 5, 2001. Under the local rules, our response deadline is September 7, 2001. By this letter, we request an additional ten (10) days to file our opposition. Plaintiff's counsel has consented to this request.

Thank you for your consideration of this matter.

Sincerely,

Guy S. Neal

GSN:taw

cc: Jason Schupp, Esq. (counsel for Plaintiff)

APPROVED this 10th day of September, 2001

United States District Judge