IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONATHAN F. SCHUPP           :

v.                           :    Civil Action WMN-00-2822

JUMP! INFORMATION            :
   TECHNOLOGIES, INC.        :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 30th day of January, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

   1. That Plaintiff's Motion to Alter or Amend Judgment and for Reconsideration (Paper No. 22) is hereby DENIED; and

   2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge